1414

## RECONSIDERATION DOCKET

**92–2212.** Illinois Controls, Inc. v. Langham. *Cuyahoga County*, No. 60730. Reported at 70 Ohio St.3d 512, 639 N.E.2d 771. On motion for reconsideration and/or clarification by Illinois Controls, Inc. Motion denied.